# CHARLESTON

SCOTT v. WILLIAMS, RECEIVER.

Submitted June 17, 1914.   Decided June 30, 1914.

A case governed by the principles enunciated in *Morrisey et al* v. *Williams, Receiver,* and *Williams, Receiver,* v. *Fidelity Banking and Trust Co. et al.,* decided herewith.

Appeal from Circuit Court, Mercer County.

Bill by Luther G. Scott against C. L. Williams, Receiver, and others.   Decree for plaintiff, and defendants appeal.

*Affirmed.*

*Sanders & Crockett,* for appellants.

*Ross & Kahle,* for appellee.                                      ,

ROBINSON, JUDGE:

We have already mentioned this case in the opinion in the consolidated causes of *Morrisey et al* v. *Williams, Receiver,* and *Williams, Receiver,* v. *Fidelity Banking and Trust Co. et al.,* 74 W. Va. 623, decided herewith.   By reference to that opinion the character of this case will be disclosed and the principles of law governing it found.   The decision therein controls here.   The decree complained of will be affirmed.

*Affirmed.*